IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID MIDDLEBROOK, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:04-CV-2294-D |
| VS. | § | |
| | § | |
| STEVEN ANDERSON, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The March 17, 2005 motion of plaintiff World Healing Center Church, Inc., d/b/a Benny Hinn Ministeries to dismiss this action under Fed. R. Civ. P. 41(a)(2) is granted, and the action of this plaintiff is dismissed without prejudice. This order does not affect the actions of the other plaintiffs.

**SO ORDERED**.

April 12, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE